# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2016

*The Court of Appeals hereby passes the following order:*

**A16E0021.  ROTH v. SHAPIRO.**

The emergency motion filed by applicant, Roth, to extend the time for filing a discretionary appeal is DENIED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*     01/07/2016
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*